# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cooper, Timothy

Printed: 02/10/09

Case Number: 08 B 04938
Judge: Goldgar, A. Benjamin
Filed: 3/3/08

## FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 30, 2008
Confirmed: May 13, 2008

### SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,500.00 |  |
| Secured: |  | 5,446.20 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,566.31 |
| Trustee Fee: |  | 487.49 |
| Other Funds: |  | 0.00 |
| Totals: | 7,500.00 | 7,500.00 |

### DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chang & Carlin LLP | Administrative | 3,200.00 | 1,566.31 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Dyck O'Neal Inc | Secured | 0.00 | 0.00 |
| 4. | Mid American Truck Center | Secured | 12,252.00 | 2,041.98 |
| 5. | Mid American Truck Center | Secured | 13,000.00 | 2,166.66 |
| 6. | Wells Fargo Financial Illinois Inc | Secured | 6,249.55 | 1,237.56 |
| 7. | Saxon Mortgage Services Inc | Secured | 9,200.00 | 0.00 |
| 8. | Dyck O'Neal Inc | Secured | 1,700.00 | 0.00 |
| 9. | Capital One | Unsecured | 554.26 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 4,039.37 | 0.00 |
| 11. | AmeriCash Loans, LLC | Unsecured | 1,181.66 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 2,980.25 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 430.24 | 0.00 |
| 14. | Cook County Treasurer | Secured |  | No Claim Filed |
| 15. | Option One Mortgage Corp | Secured |  | No Claim Filed |
| 16. | Wells Fargo Auto Finance | Secured |  | No Claim Filed |
| 17. | Option One Mortgage Corp | Secured |  | No Claim Filed |
| 18. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 19. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 20. | HSBC | Unsecured |  | No Claim Filed |
|  |  |  | $ 54,787.33 | $ 7,012.51 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 487.49 |
|  | $ 487.49 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cooper, Timothy | Case Number: 08 B 04938 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 02/10/09 | Filed: 3/3/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

*/s/ Mach*